# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| BARBARA HEILIG and WARD HEILIG,   ) | |
| ) | |
| Plaintiffs,   ) | |
| ) | |
| v.   ) | Case No. 05-cv-4111-JPG |
| ) | |
| COOPERATIVE BENEFIT   ) | |
| ADMINISTRATION, Inc. and ACCENT   ) | |
| INSURANCE RECOVERY SOLUTIONS,   ) | |
| ) | |
| Defendants.   ) | |

## JUDGMENT IN A CIVIL CASE

**Decision by Court.**  This matter having come before the Court upon Defendants' Motion for Summary Judgment, and the Court having rendered its decision,

**IT IS ORDERED AND ADJUDGED** that **JUDGMENT** be entered in favor of Defendants and against Plaintiffs as to all of the claims in this case.  Plaintiffs shall reimburse the National Rural Electric Cooperative Association Medical Plan in the amount of $157,807.54 representing the amount of medical expenses it paid on Plaintiff Barbara Heilig's behalf.

**DATE: October 17, 2005.**

                                                            **NORBERT G. JAWORSKI, CLERK**

                                                            **By:s/Deborah Agans, Deputy Clerk**

**APPROVED:   /s/ J. Phil Gilbert**
            **J. PHIL GILBERT**
            **U.S. District Judge**