IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **BARBARA HEILIG and WARD HEILIG,** | ) |
| **Plaintiffs,** | ) ) ) |
| VS. | ) CV NO. 05-4111-JPG |
| **COOPERATIVE BENEFIT ADMINISTRATION, INC., a corporation, and ACCENT INSURANCE RECOVERY SOLUTIONS, a corporation, assignee,** | ) ) ) ) ) ) |
| **Defendants.** | ) |

### REPORT AND RECOMMENDATION

**FRAZIER, Magistrate Judge:**

This matter was referred to me, through Judge Gilbert's January 3, 2006, Order, to determine an appropriate amount of attorneys' fees, expenses, and prejudgment interest which should be awarded pursuant to defendants' motion. On December 14, 2005, the Court ordered plaintiffs to show cause on or before December 21, 2005, why the merits of that motion for those expenses and interest should not be determined admitted (see Doc. No. 23). Plaintiffs failed to respond, and the motion was granted.

Defense counsel has submitted a list of fees and expenses, together with the affidavit of Thomas H. Lawrence in support.

Plaintiffs failed to appear through counsel C. Tony Davis at a February 7, 2006, conference concerning this matter. Considering that plaintiffs and their attorney have consistently and repeatedly failed to take any issue with defendants' request and have further failed to appear in any manner to recent requests by the Court, there is no reason not to award the full amount of fees and costs requested, $10,621.82.

Insufficient information exists to determine what date prejudgment interest should accrue from. If defendants desire prejudgment interest, they should augment their request.

IT IS RECOMMENDED that defendants be awarded fees, expenses, and costs against plaintiffs in the amount of $10,621.82.

**SUBMITTED: March 2, 2006.**

*s/Philip M. Frazier*
**PHILIP M. FRAZIER**
**UNITED STATES MAGISTRATE JUDGE**